James P. Ricciardi
John Maddock III
Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile:  (212) 548-2150

Counsel to Starbury Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

|  |  |
|---|---|
| **In re:** | ) |
|  | ) |
| **STEVE & BARRY'S** | ) |
| **Manhattan LLC,** *et al.*, | ) |
|  | ) |
| **Debtors.** | ) |
|  | ) |
| _____) | |

**Chapter 11 Case**

**Bankruptcy Case No. 08-12579 (ALG)**
**(Jointly Administered)**
**(Jury Trial Demanded)**

**S.D.N.Y. Civil Action No.**

## RULE 7.1 STATEMENT OF STARBURY CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Starbury Corporation ("Starbury"), a private, non-governmental entity, certifies that (i)

Starbury is not owned by a publicly held parent corporation and (ii) no publicly held

corporation owns ten percent (10%) or more of the ownership interests of Starbury.

Dated:  August 18, 2008
New York, New York

S/ James P. Ricciardi
James P. Ricciardi
Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 548-2100
Telecopier:  (212) 548-2150

Counsel to Starbury Corporation